UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN VILA

        Plaintiff,

v.                                    Case No: 2:13-cv-144-FtM-29UAM

COASTLAND TOWING AND RECOVERY, INC. and JAMES M. WALKER,

        Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed October 10, 2013, recommending that the parties' Joint Motion to Approve Settlement Agreement and Release and Dismiss With Prejudice Plaintiff's Complaint (Doc. #22) be granted, the Settlement Agreement and General Release (Doc. #22-1) be approved as fair and reasonable, and the case be dismissed with prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  The district judge reviews legal conclusions *de novo*, even

in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After a careful and complete review of the findings and recommendations, the Court accepts and adopts the Report and Recommendation of the magistrate judge, and finds that the settlement is a fair and reasonable resolution of a bona fide dispute.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #23) is hereby **ACCEPTED and ADOPTED**.

2. The parties' Joint Motion to Approve Settlement Agreement and Release and Dismiss With Prejudice Plaintiff's Complaint (Doc. #22) is **granted** and the Settlement Agreement and General Release (Doc. #22-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   5th   day of November, 2013.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record